```
1   Robert L. Sallander, Jr. (SBN 118352)
    Robert Seeds (SBN 112026)
2   GREENAN, PEFFER, SALLANDER & LALLY LLP
    6111 Bollinger Canyon Road, Suite 500
3   San Ramon, California 94583
    Telephone:    925-866-1000
4   Facsimile:    925-830-8787

5   Attorneys for defendant Calvin Harris
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>CALVIN HARRIS, an individual; CHERIE CABRAL, an individual,<br><br>Defendants. | Case No.: CV-11-4027<br><br>STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING TIME TO RESPOND |

Plaintiff Protective Life Insurance Company and defendant Calvin Harris hereby stipulate that the time for Harris to respond to the complaint shall be extended by fourteen days; thereby making defendant's response to the complaint due to be filed on or before September 23, 2011.

Dated: September 9, 2011

Greenan, Peffer, Sallander & Lally LLP

By _____
Robert Seeds, attorneys for defendant Calvin Harris

Seyfarth Shaw LLP

By _____
Andrea K. Anapolsky, attorneys for plaintiff Protective Life Insurance Company

IT IS SO ORDERED

Judge Claudia Wilken

Greenan, Peffer, Sallander & Lally LLP

Stipulation and (~~Proposed~~) Order

1

CASE NO. CV-11-4027