1  Robert L. Sallander, Jr. (SBN 118352)
   Robert Seeds (SBN 112026)
2  GREENAN, PEFFER, SALLANDER & LALLY LLP
   6111 Bollinger Canyon Road, Suite 500
3  San Ramon, California 94583
   Telephone:   925-866-1000
4  Facsimile:   925-830-8787

5  Attorneys for defendant Calvin Harris

6

7
                   UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11  PROTECTIVE LIFE INSURANCE           )   Case No.:  CV-11-4027
    COMPANY,                            )
12                                      )   STIPULATION AND (PROPOSED) ORDER
                 Plaintiff,             )   EXTENDING TIME TO RESPOND
13         vs.                          )
                                        )
14  CALVIN HARRIS, an individual; CHERIE )
    CABRAL, an individual,              )
15                                      )
                 Defendants.            )
16                                      )

17      Plaintiff Protective Life Insurance Company and defendant Calvin Harris hereby stipulate

18  that the time for Harris to respond to the complaint shall be extended by fourteen days; thereby

19  making defendant's response to the complaint due to be filed on or before September 23, 2011.

20  Dated: September 9, 2011

                                        Greenan, Peffer, Sallander & Lally LLP
21

22
                                        By _____
23                                         Robert Seeds, attorneys for defendant Calvin
24                                         Harris

25
                                        Seyfarth Shaw LLP
26

27                                      By _____
28                                         Andrea K. Anapolsky, attorneys for plaintiff
                                           Protective Life Insurance Company

IT IS SO ORDERED
Claudia Wilken
Judge Claudia Wilken