IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PROTECTIVE LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

CALVIN HARRIS; and CHERIE CABRAL,

    Defendants.
_____/

No. C 11-4027 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

On November 22, 2011, the parties filed a joint case management statement, representing that they expect to file a stipulation for dismissal of this action soon.

Accordingly, the case management conference currently scheduled for Tuesday, November 29, 2011 at 2:00 p.m. is hereby continued to Wednesday, January 4, 2012 at 2:00 p.m. The date for the case management conference will be vacated if the parties stipulate to dismissal of this action prior to that date.

IT IS SO ORDERED.

Dated: 11/28/2011

CLAUDIA WILKEN
United States District Judge