STEPHEN B. RUBEN (CSB#160034)
THE RUBEN LAW FIRM
625 Market Street, Penthouse
San Francisco, CA 94105
Telephone: (415) 399-6830
Facsimile: (415) 391-0140

Attorney for Defendant
CHERIE CABRAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROTECTIVE LIFE INSURANCE COMPANY,

    Plaintiff,

and

CALVIN HARRIS, an individual; CHERIE CABRAL, an individual

    Defendants,

Case No. CV 11-4027 CW

AMENDED STIPULATION AND ORDER TO CONTINUE JANUARY 4, 2012 CASE MANAGEMENT CONFERENCE

COME NOW Defendants Cherie Cabral and Calvin Harris and Plaintiff Protective Life and submit this Stipulation and Order:

ALL PARTIES AGREE to continue the Case Management Conference currently set for Wednesday, January 4, 2012 at 2:00 p.m. in Courtroom 2 to Wednesday, February 29, 2012 at 2:00 p.m. in Courtroom 2 in front of the Honorable Judge Claudia Wilken.

DATED: December 28, 2011

The Ruben Law Firm

By: _____
STEPHEN B. RUBEN
Attorney for Defendant Cherie Cabral

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

– 1 –

Case No. CV-11-4027

AMENDED STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: December 28 2011                    Seyfarth Shaw LLP

2
3                                             By: _____
                                                  Larry Butler
4                                                 Andrea K. Anapolsky
                                                  Attorneys for Plaintiff Protective Life
5                                                 Insurance Company

6

7

8                                             Greenan, Peffer, Sallander & Lally LLP

9

10 DATED: December 28, 2011                   By: _____
                                                  Robert L. Sallander Jr.
11                                                Attorney for Defendant Calvin Harris

12

13

14

15     IT IS SO ORDERED:

16
   DATED: January 3, 2012                     By: _____
17                                                CLAUDIA WILKEN
                                                  United States District Judge
18

19

20

21

22

23

24

25

26

27

28

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

Case No. CV-11-4027                    — 2 —           AMENDED STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE