STEPHEN B. RUBEN (CSB#160034)
THE RUBEN LAW FIRM
625 Market Street, Penthouse
San Francisco, CA 94105
Telephone: (415) 399-6830
Facsimile: (415) 391-0140

Attorney for Defendant
CHERIE CABRAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　and<br><br>CALVIN HARRIS, an individual; CHERIE CABRAL, an individual<br><br>　　　　Defendants, | Case No. CV 11-4027 CW<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE JANUARY 4, 2012 CASE MANAGEMENT CONFERENCE |

COME NOW Defendants Cherie Cabral and Calvin Harris and Plaintiff Protective Life and submit this Stipulation and Order:

ALL PARTIES AGREE to continue the Case Management Conference currently set for Wednesday, January 4, 2012 at 2:00 p.m. in Courtroom 2 to Wednesday, February 29, 2012 at 2:00 p.m. in Courtroom 2 in front of the Honorable Judge Claudia Wilken.

DATED: December 28, 2011

　　　　　　　　　　　　　　　　　The Ruben Law Firm

　　　　　　　　　　　　　　　　　By: _____/s/ Stephen B. Ruben_____
　　　　　　　　　　　　　　　　　STEPHEN B. RUBEN
　　　　　　　　　　　　　　　　Attorney for Defendant Cherie Cabral

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

– 1 –

Case No. CV-11-4027　　AMENDED STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: December 28, 2011                Seyfarth Shaw LLP

2
3                                          By: /s/ Andrea K. Anapolsky
4                                              Larry Butler
                                               Andrea K. Anapolsky
5                                              Attorneys for Plaintiff Protective Life
                                               Insurance Company
6
7
8                                          Greenan, Peffer, Sallander & Lally LLP
9
10 DATED: December 28, 2011                By: /s/ Robert L. Sallander Jr.
11                                             Robert L. Sallander Jr.
                                               Attorney for Defendant Calvin Harris
12
13
14
15     IT IS SO ORDERED:
16
   DATED: January 3, 2012                  By: /s/ Claudia Wilken
17                                             CLAUDIA WILKEN
18                                             United States District Judge
19
20
21
22
23
24
25
26
27
28

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

Case No. CV-11-4027                    − 2 −                   AMENDED STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE