UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>CALVIN HARRIS, an individual; CHERIE CABRAL, an individual,<br><br>        Defendants. | Case No. CV-11-4027 YGR<br><br>**[PROPOSED] ORDER RE: DISCHARGE AND AWARD OF COSTS AND ATTORNEYS' FEES TO PLAINTIFF PROTECTIVE LIFE INSURANCE COMPANY** |

The Court, having considered the Stipulation to Discharge and Award of Costs and Attorneys' Fees, attached to ECF No. 32 as <u>Exhibit A</u>, in the above-captioned matter, as well as all the records and files herein, and good cause appearing therefore,

**HEREBY ORDERS**:

1. Protective Life Insurance Company ("Protective") is hereby discharged from any and all liability on or arising out of:

    (a)   life insurance policy no. ZL9601682 (the "Policy") issued by Chase Insurance Life Company; and

    (b)   the rights and obligations of the parties to this action with respect to any and all proceeds under the Policy;

2. The Policy is void and of no further force and effect;

3. From the money that was deposited by Protective with the Clerk of this Court, Protective is awarded $5,511.26, which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4. Defendants Calvin Harris and Cherie Cabral are permanently enjoined from instituting or prosecuting any other actions against Protective regarding the Policy.

DATED: February 15, 2012

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

13987627v.1 / 36206-000032