1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  PROTECTIVE LIFE INSURANCE           )   Case No. CV-11-4027 YGR
    COMPANY,                            )
11                                      )   **[PROPOSED] ORDER RE:**
                Plaintiff,              )   **DISCHARGE AND AWARD OF COSTS**
12                                      )   **AND ATTORNEYS' FEES TO**
        v.                              )   **PLAINTIFF PROTECTIVE LIFE**
13                                      )   **INSURANCE COMPANY**
    CALVIN HARRIS, an individual; CHERIE)
14  CABRAL, an individual,              )
                                        )
15              Defendants.             )
                                        )
16

17      The Court, having considered the Stipulation to Discharge and Award of Costs and

18  Attorneys' Fees, attached to ECF No. 32 as <u>Exhibit A</u>, in the above-captioned matter, as well as

19  all the records and files herein, and good cause appearing therefore,

20      **HEREBY ORDERS**:

21      1.   Protective Life Insurance Company ("Protective") is hereby discharged from any

22           and all liability on or arising out of:

23           (a)   life insurance policy no. ZL9601682 (the "Policy") issued by Chase

24                 Insurance Life Company; and

25           (b)   the rights and obligations of the parties to this action with respect to any

26                 and all proceeds under the Policy;

27      2.   The Policy is void and of no further force and effect;

28

3. From the money that was deposited by Protective with the Clerk of this Court, Protective is awarded $5,511.26, which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4. Defendants Calvin Harris and Cherie Cabral are permanently enjoined from instituting or prosecuting any other actions against Protective regarding the Policy.

DATED:  February 15, 2012

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

13987627v.1 / 36206-000032