United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE CO.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CALVIN HARRIS, and CHERIE CABRAL,**<br><br>    **Defendants.** | **Case No.: 11-CV-04027 YGR**<br><br>**ORDER VACATING COMPLIANCE HEARING; AND SETTING CASE MANAGEMENT CONFERENCE** |

    The Compliance Hearing Set for Friday, August 31, 2012 at 9:01 a.m. is hereby **VACATED**. A Case Management Conference shall be held on **Monday, September 17, 2012** at **2:00 p.m.**

    **IT IS SO ORDERED.**

Date: August 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**