**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE CO.**, <br><br>    Plaintiff, <br><br>    vs. <br><br>**CALVIN HARRIS, and CHERIE CABRAL,** <br><br>    Defendants. | **Case No.: 11-CV-04027 YGR** <br><br>**ORDER VACATING COMPLIANCE HEARING; AND SETTING CASE MANAGEMENT CONFERENCE** |

The Compliance Hearing Set for Friday, August 31, 2012 at 9:01 a.m. is hereby **VACATED**. A Case Management Conference shall be held on **Monday, September 17, 2012** at **2:00 p.m.**

**IT IS SO ORDERED.**

Date: August 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**