**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br><br>     **Plaintiff,**<br><br>     **vs.**<br><br>**CALVIN HARRIS *et al.*,**<br><br>     **Defendant(s).** | **Case No.: 11-CV-04027 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from December 3, 2012 to **Monday, February 11, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: November 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**