**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br><br>　　Plaintiff(s),<br><br>　vs.<br><br>**CALVIN HARRIS** *et al.*,<br><br>　　Defendant(s). | Case No.: 11-CV-04027 YGR<br><br>**ORDER STAYING ACTION PENDING RESOLUTION OF PROBATE PROCEEDING** |

For the reasons set forth at the February 11, 2013 Case Management Conference, Defendant Cherie Cabral's Motions to Change Venue (Dkt. Nos. 52 & 68) to the Alameda Probate Court are **DENIED**, this action is **STAYED** pending resolution of the probate proceedings, and the parties are to update the Court on the status of the probate proceedings every three months.

The Court sets this matter for a Compliance Hearing on **Friday, May 17, 2013** at **9:01 a.m.** to confirm that counsel have filed the required status update. Five (5) business days prior to the date of the Compliance Hearing, the parties must file a Status Update informing the Court of the status of the probate proceedings. If compliance is complete and the Court deems a Status Hearing unnecessary, the parties need not appear and the compliance hearing will be taken off calendar. If, after reviewing the parties' Status Update, the Court deems the hearing necessary, then telephonic appearances will be allowed.

Failure to file the Status Update or appear at the Status Hearing may result in sanctions, including monetary sanctions or dismissal.

This Order terminates Dkt. Nos. 52 & 68.

**IT IS SO ORDERED.**

Dated: February 12, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**