**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br>    **Plaintiff,**<br>    vs.<br>**CALVIN HARRIS *et al.*,**<br>    **Defendant(s).** | Case No.: 11-CV-04027 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

Having reviewed and considered the parties' Joint Status Report/Update (Dkt. No. 85), the Court is satisfied with the parties' submission, and accordingly, **VACATES** the compliance hearing set for May 17, 2013. Based on the representation that the parties do not anticipate the probate trial will be set prior to December 2013, the parties are to provide the Court with an update on the status of the probate proceedings in February 2014.

The Court sets this matter for another Compliance Hearing on **Friday, February 14, 2014** on the Court's **9:01 a.m.** Calendar to confirm that counsel file the required status update. Five (5) business days prior to the date of the Compliance Hearing, the parties must file a Status Update informing the Court of the status of the probate proceedings. If compliance is complete and the Court deems a Status Hearing unnecessary, the parties need not appear and the hearing will be taken off calendar. If, after reviewing the parties' Status Update, the Court deems the hearing necessary, then telephonic appearances will be allowed.

Failure to file the Status Update or appear at the Status Hearing may result in sanctions,

**IT IS SO ORDERED.**

Date: May 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**