**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,** | Case No.: 11-CV-04027 YGR |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE HEARING** |
| vs. | |
| **CALVIN HARRIS; CHERIE CABRAL,** | |
| Defendants. | |

Having reviewed and considered the parties' Joint Status Update (Dkt. No. 87), the Court is satisfied with the parties' submission and, accordingly, **VACATES** the compliance hearing set for February 14, 2014. Based on the representation that the parties plan to conduct mediation in March 2014, the parties are to provide the Court with a further Joint Status Update in June 2014.

The Court sets this matter for another Compliance Hearing on **Friday, June 13, 2014** on the Court's **9:01 a.m.** Calendar to confirm that counsel file the required status update. At least five (5) business days prior to the date of the Compliance Hearing, the parties must file a Joint Status Update. If compliance is complete and the Court deems a Status Hearing unnecessary, the parties need not appear and the hearing will be taken off calendar. Failure to file the Joint Status Update or appear at the Status Hearing may result in sanctions,

**IT IS SO ORDERED.**

Date: February 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**