**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br>    **Plaintiff,**<br>    vs.<br>**CALVIN HARRIS; CHERIE CABRAL,**<br>    **Defendants.** | **Case No.: 11-CV-04027 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

Having reviewed and considered the parties' Joint Status Update (Dkt. No. 89), the Court is satisfied with the parties' submission and, accordingly, **VACATES** the compliance hearing set for June 13, 2014.

The parties are to provide the Court with a further Joint Status Update in September 2014. Accordingly, the Court sets this matter for another Compliance Hearing on **Friday, September 19, 2014** on the Court's **9:01 a.m.** Calendar to confirm that counsel file the required status update. At least five (5) business days prior to the date of the Compliance Hearing, the parties must file a Joint Status Update. If compliance is complete and the Court deems a Status Hearing unnecessary, the parties need not appear and the hearing will be taken off calendar. Failure to file the Joint Status Update or appear at the Status Hearing may result in sanctions,

**IT IS SO ORDERED.**

Date: June 10, 2014

                                            _____
                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**