**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,** | Case No.: 11-CV-04027 YGR |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE HEARING** |
| v. | |
| **CALVIN HARRIS; CHERIE CABRAL,** | |
| Defendants. | |

Having reviewed and considered the parties' Joint Status Update (Dkt. No. 92), the Court is satisfied with the parties' submission and, accordingly, **CONTINUES** the scheduled compliance hearing from September 19, 2014 to **Friday, December 19, 2014** on the Court's 9:01 a.m. calendar.

The parties shall file a further Joint Status Update at least five (5) business days prior to the date of the compliance hearing. If the Joint Status Update is timely filed and the Court deems a hearing unnecessary, the parties need not appear and the hearing will be taken off calendar. Failure to file the Joint Status Update or appear at any compliance hearing may result in sanctions.

**IT IS SO ORDERED.**

Date: September 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**