UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**CALVIN HARRIS; CHERIE CABRAL,**<br><br>  **Defendants.** | Case No.: 11-CV-04027 YGR<br><br>ORDER CONTINUING COMPLIANCE HEARING |

Having reviewed and considered the parties' Joint Status Report (Dkt. No. 94), the Court is satisfied with the parties' submission and, accordingly, **CONTINUES** the scheduled compliance hearing from December 19, 2014 to **Friday, April 10, 2015** on the Court's 9:01 a.m. calendar.

The parties shall file a further Joint Status Update at least five (5) business days prior to the date of the compliance hearing. If the Joint Status Update is timely filed and the Court deems a hearing unnecessary, the parties need not appear and the hearing will be taken off calendar. Failure to file the Joint Status Update or appear at any compliance hearing may result in sanctions.

**IT IS SO ORDERED.**

Date: December 16, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE