**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br><br>   Plaintiff,<br><br>   v.<br><br>**CALVIN HARRIS, ET AL.,**<br><br>   Defendants. | Case No.: 11-CV-04027 YGR<br><br>**ORDER RE PRE-FILING CONFERENCE REQUEST**<br><br>Re: Dkt. Nos. 96, 98 |

On January 14, 2015, defendant Cherie Cabral filed a letter requesting the Court schedule a pre-filing conference in connection with a contemplated motion for summary judgment. (Dkt. No. 96.) On January 16, 2015, defendant Calvin Harris filed a response noting the January 14 letter did not address the substantive basis for the planned motion and requesting an alternative date. (Dkt. No. 97.) On January 21, 2015, Cabral filed a response thereto, agreeing to the alternative date and stating: "we . . . will timely file our letter brief seven days prior to the scheduled conference." (Dkt. No. 98 at 2-3.)

Cabral's filings do not comply with this Court's Standing Order in Civil Cases, Paragraph 9(a). Those instructions require the filing of a letter brief, at least seven business days prior to the proposed conference date, that explains the grounds for the motion in no more than three single-spaced pages. The Court will not set a date for a pre-filing conference until movant submits a proper letter brief and the deadline for a response has passed. Therefore, the Court **DENIES WITHOUT PREJUDICE** Cabral's requests that the Court schedule a pre-filing conference.

**IT IS SO ORDERED.**

Date:  January 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**