**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,** <br>     **Plaintiff,** <br>     **v.** <br> **CALVIN HARRIS, ET AL.,** <br>     **Defendants.** | **Case No.: 11-CV-04027 YGR** <br><br> **ORDER CONTINUING COMPLIANCE HEARING** |

On December 16, 2014, the Court set a compliance hearing for April 10, 2015 regarding the status of the probate proceedings justifying a stay of this action. (Dkt. No. 95.) On April 2, 2015, the parties filed a joint status update and requested continuance of the April 10 hearing. (Dkt. No. 104.) The Court hereby **CONTINUES** the April 10, 2015 hearing to **May 8, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) a joint status update apprising the Court of the status of the probate proceedings, including the events of the April 29, 2015 hearing, and advising the Court as to whether and when the motions for summary judgment discussed on February 13, 2015 will be filed; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: April 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**