UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **CALVIN HARRIS, ET AL.**, <br><br> Defendants. | Case No. 11-cv-04027-YGR <br><br> **ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO CONTINUE HEARING** <br><br> Re: Dkt. No. 108 |

On April 23, 2015, the parties filed a stipulated request to continue the hearing on their cross-motions for summary judgment from May 22, 2015 to July 21, 2015, due to the "unavailability" of counsel for defendant Cherie Cabral. (Dkt. No. 108.) The stipulation lacks a supporting declaration and does not provide a basis for delaying the hearing by two months. Therefore, the request is **DENIED WITHOUT PREJUDICE**.

This Order terminates Docket Number 108.

**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**