UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**CALVIN HARRIS, ET AL.,**<br><br>Defendants. | Case No.  11-cv-04027-YGR<br><br>**ORDER SETTING COMPLIANCE HEARINGS** |

The Court hereby **SETS** the following Compliance Hearings, each on the Court's **9:01 a.m.** calendar in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California.  For each of the hearings, the parties must file by the specified deadline either: (1) a joint statement addressing the points indicated below; or (2) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted the joint statement in a timely fashion.  Failure to do so may result in sanctions.

The first Compliance Hearing is set on **July 24, 2015**, with the joint statement due by **July 17, 2015** addressing whether the parties intend to file supplemental briefing in connection with the pending cross-motions for summary judgment on the question of the corporation's status as community property and, if so, a proposed briefing schedule.  The Court notes that any such supplemental briefs shall not exceed six (6) pages by each party.  The parties shall indicate whether they would like to file rebuttals thereto of no more than three (3) pages.

The second Compliance Hearing is set on **September 25, 2015**, with the joint statement due on **September 18, 2015** informing the Court of the status of the state proceedings and potential global settlement of the dispute.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**