UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**CALVIN HARRIS, ET AL.**,<br><br>　　　　Defendants. | Case No.  11-cv-04027-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING, SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 123 |

In light of the parties' joint statement (Dkt. No. 123), the Compliance Hearing set for July 24, 2015 is **VACATED**.  The parties shall comply with their proposed supplemental briefing schedule.  (Dkt. No. 123, ¶¶ 4-5.)  The Court shall notify the parties if a further hearing is necessary.

**IT IS SO ORDERED.**

Dated: July 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**