UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br> vs.<br>CALVIN HARRIS, an individual; CHERIE CABRAL, an individual,<br><br>    Defendants. | Case No.: CV-11-4027<br><br>[~~PROPOSED~~] ORDER TO DISBURSE INTERPLEADED FUNDS<br><br><br><br>Assigned to Judge Yvonne Gonzalez Rogers |

On August 8, 2011 a deposit of funds in the total amount of $503,552.49 was made by plaintiff Protective Life Insurance Company into the Registry of this Court, pursuant to the Complaint in Interpleader of Protective Life Insurance Company.

Pursuant to the Order [Dkt. No. 34] of Judge Yvonne Gonzalez Rogers on February 15, 2012, Protective Life Insurance Company was awarded, from the funds it deposited with the Court, $5,511.26 for its costs and attorney fees.

Pursuant to the Order [Dkt. No. 145] of Judge Yvonne Gonzalez Rogers on March 29, 2016, granting the motion for summary judgment of Calvin Harris and denying the motion for summary judgment of defendant Cherie Cabral, defendant Calvin Harris is entitled to the life insurance proceeds deposited with the Clerk of the Court by plaintiff Protective Life Insurance

1 | Company.

IT IS THUS HEREBY ORDERED THAT the Clerk of this Court be and hereby is ordered to make the following disbursements out of the funds in the registry of the Court:

1. The Clerk of the Court shall disburse, on behalf of Calvin Harris, the total of all funds and interest presently deposited to "Client Trust Account of Greenan Peffer Sallander & Lally, LLP."

Dated: April 11, 2016

_____
Yvonne Gonzalez Rogers
United States District Court Judge

Approved as to form:

Dated: April 4, 2016

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
Robert L. Sallander, Jr.
Yen P. Chau
Attorneys for Defendant Calvin Harris

Dated: April 4, 2016

THE RUBEN LAW FIRM

By: _____
Stephen B. Ruben
Attorneys for Defendant Cherie Cabral

2

[PROPOSED] Order to Disburse                    Case No. CV-11-4027

| | | |
|---|---|---|
| 1 | Dated: April /, 2016 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Lawrence E. Butler |
| 5 | | Attorney for Plaintiff Protective Life Insurance Company |