UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY**, <br> Plaintiff, <br> v. <br> **CALVIN HARRIS, ET AL.**, <br> Defendants. | Case No. 11-cv-04027-YGR <br><br> **ORDER DENYING REQUEST TO CONTINUE HEARING** <br><br> Re: Dkt. No. 151 |

On April 28, 2016, defendant Cherie Cabral filed a Re-notice of Motion and Motion for Stay Pending Appeal (Dkt. No. 151.)  The Court considers this a request to continue the hearing on defendant's Motion for Stay of Judgment (Dkt. No. 150) currently set for Tuesday, June 14, 2016 to Thursday, July 14, 2016.  The Court hereby **DENIES** this request without prejudice.

Counsel for defendant is reminded that the Court's regular calendar for civil motions is on Tuesdays.  Counsel may file a joint stipulation requesting other dates for the hearing on defendant's Motion for Stay of Judgment.

Notwithstanding the foregoing, briefing on the motion remains unchanged.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**