# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY**,<br><br>    Plaintiff,<br><br>    v.<br><br>**CALVIN HARRIS, ET AL.**,<br><br>    Defendants. | Case No. 11-cv-04027-YGR<br><br>**ORDER DENYING REQUEST TO CONTINUE HEARING**<br><br>Re: Dkt. No. 153 |

On April 28, 2016, defendant Cherie Cabral filed a Re-notice of Motion and Motion for Stay Pending Appeal. (Dkt. No. 151.) The Court denied that request without prejudice and instructed counsel that the Court may entertain a joint stipulation requesting other dates for the hearing on the Court's civil motion calendar. (Dkt. No. 152.) On May 3, 2016, defendant Cherie Cabral again filed a Re-notice of Motion and Motion for Stay Pending Appeal. (Dkt. No. 153.) The Court again considers this filing as a request to continue the hearing currently set for June 14, 2016.

The Court hereby **DENIES** such request because defendant failed to obtain a joint stipulation as instructed by the Court's order on May 3, 2016. (Dkt. No. 152.) Defendant must file a JOINT STIPULATION requesting other dates for the hearing on defendant's Motion for Stay of Judgment if she would like the Court to entertain such request.

Notwithstanding the foregoing, briefing on the motion remains unchanged.

**IT IS SO ORDERED.**

Dated: May 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**